## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUBERT M. and VICKIE HARTZ, (Husband and Wife), | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-877-GMS |
| ESTATE OF DORIS FAGER, RAYMOND FAGER, Executor, | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **30th** day of **March, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, May 3, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Friday, May 13, 2005 at 9:00 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE