IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HUBERT M. and VICKI A. HARTZ
husband and wife

        Plaintiffs,      )    C.A. No. 04-0877 GMS

v.                      )
RAYMOND FAGER, Executor  )
For the Estate of DORIS T. FAGER,    TRIAL BY JURY OF
                                                TWELVE DEMANDED

        Defendant.

### *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Defendant's Initial Rule 26 disclosures to be served via hand delivery or US mail on March 31, 2005 upon

Bernard A. Van Ogtrop, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7601
Attorney for Plaintiffs

Richard M. Weiner, Esquire
8 Tower Bridge 4th floor
161 Washington Street
Conshohocken, PA 19428
Attorney for Plaintiffs
pro hac vice
(610) 729-2900

                                MICHAEL A. PEDICONE, P.A

                        By: _____
                             Arthur D. Kuhl, Esquire
                             109 W. 7th Street
                             P.O. Box 1395
                             Wilmington, DE 19899
                             (302) 652-7850
                             Attorney for Estate of Doris Fager
                             Arthurkuhl@verizon.net

Dated   March 31, 2005