## AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE**
Case No.: **04-0877 GMS**

Plaintiff/Petitioner: **HUBERT M. &VICKI A. HARTZ**
vs.
Defendant/Respondent: **RAYMOND FAGER, EXECUTOR FOR THE ESTATE OF DORIS T. FAGER**

Received by D.M. Professional Services, Inc. to be served upon:

CPL. TROY PEZZUTO,

STATE OF DELAWARE
COUNTY OF NEW CASTLE    ss.

I, ROBERT E. DELACY, JR., depose and say that:

On **02/28/2005** at **2:15 PM**, I served the within **SUBPOENA** on **CPL. TROY PEZZUTO**, at **TROOP 7, 18006 COASTAL HIGHWAY, LEWES, DE 19958** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to: TFC. MULLINS, AUTHORIZED TO ACCEPT SERVICE a person of suitable age and discretion.

Description of person served:
**Sex: FEMALE – Age: 25 – Skin: WHITE – Hair: BROWN – Height: 5'6 – Weight: 140 LBS**

I declare under perjury that the information contained herein is true and correct that this affidavit was executed on this __28__ day of __Feb__, 20__05__.

X _____
ROBERT E. DELACY, JR. - Cert/Appt#:
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809-1719
(800) 966-3624
Law Firm: ARTHUR D. KUHL, ESQUIRE
Atty File#:

SUBSCRIBED AND SWORN TO BEFORE ME
A NOTARY PUBLIC THIS
__2nd__ day of __May__
WITNESS MY HAND AND OFFICIAL SEAL

_____
NOTARY PUBLIC