IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUBERT M. and VICKI A. HARTZ<br>husband and wife | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 04-0877 GMS |
| v. | ) | |
| RAYMOND FAGER, Executor<br>For the Estate of DORIS T. FAGER, | )<br>) | TRIAL BY JURY OF<br>TWELVE DEMANDED |
| Defendant. | | |

### *VACATION AND RE-NOTICE OF DEPOSITIONS*

TO:  Richard W. Weiner, Esquire          Bernard A. VanOgtrop, Esquire
     8 Tower Bridge, Suite 400           222 Delaware Avenue, Suite 1500
     161 Washington Street               P.O. Box 68
     Conshohocken, PA 19428              Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney hereby vacates the oral depositions scheduled for the following individuals on June 16, 2005 and *re-notices* the depositions for the times specified, to be held in the offices of the undersigned, on *Monday, June 20, 2005:*

| | |
|---|---|
| *Marian D. Hubbard* | *10:00 a.m.* |
| *Melanie D. Hubbard* | *10:30 a.m.* |
| *Debra G. Cosmin* | *11:00 a.m.* |

MICHAEL A. PEDICONE, P.A

By: /s/ Arthur D. Kuhl
Arthur D. Kuhl, Esquire
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Estate of Doris Fager

Dated: April 28, 2005
cc:    Wilcox & Fetzer