IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUBERT M. and VICKI A. HARTZ husband and wife ) ) ) | |
| Plaintiffs, ) | C.A. No. 04-0877 GMS |
| ) | |
| v. ) | |
| RAYMOND FAGER, Executor ) For the Estate of DORIS T. FAGER, ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendant. ) | |

### *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Vacation and Re-Notice of Depositions

to be served via hand delivery or US mail on April 28, 2005, upon

| | |
|---|---|
| Bernard A. Van Ogtrop, Esquire | Richard M. Weiner, Esquire |
| Seitz, Van Ogtrop & Green, P.A. | 8 Tower Bridge |
| 222 Delaware Avenue, Suite 1500 | 161 Washington Street, Suite 400 |
| P.O. Box 68 | Conshohocken, PA 19428 |
| Wilmington, DE 19899 | Attorney for Plaintiffs |
| (302) 888-7601 | pro hac vice |
| Attorney for Plaintiffs | (610) 729-2900 |

MICHAEL A. PEDICONE, P.A

By: /s/ Arthur D. Kuhl
Arthur D. Kuhl, Esquire
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Estate of Doris Fager
Arthurkuhl@verizon.net

Dated: April 28, 2005