IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUBERT M. and VICKI A. HARTZ ) | | |
| husband and wife ) | | |
| ) | | |
| Plaintiffs, ) | C.A. No. 04-0877 GMS | |
| ) | | |
| v. ) | | |
| RAYMOND FAGER, Executor ) | | |
| For the Estate of DORIS T. FAGER, ) | TRIAL BY JURY OF | |
| ) | TWELVE DEMANDED | |
| Defendant. ) | | |

### SUBSTITUTION OF COUNSEL

_____Please withdraw the appearance of Arthur D. Kuhl, Esquire, and substitute the appearance of Michael A. Pedicone, Esquire, and Patrick G. Rock, Esquire, as counsel for Defendant Raymond Fager, Executor for the Estate of Doris T. Fager.

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
Patrick G. Rock, Esquire (No. 4632)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorneys for Defendant
MikePedicone@verizon.net

MICHAEL A. PEDICONE, P.A.

By: /s/ Arthur D. Kuhl
Arthur D. Kuhl, Esquire (No. 3405)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant
ArthurKuhl@verizon.net