IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUBERT M. and VICKI A. HARTZ husband and wife | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-0877 GMS |
| v. | ) ) | |
| RAYMOND FAGER, Executor For the Estate of DORIS T. FAGER, | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendant. | ) | |

### *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Substitution of Counsel to be served via e-file and US mail on May 12, 2005, upon:

| | |
|---|---|
| Bernard A. Van Ogtrop, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-7601<br>Attorney for Plaintiffs | Richard M. Weiner, Esquire<br>8 Tower Bridge 4th floor<br>161 Washington Street<br>Conshohocken, PA 19428<br>Attorney for Plaintiffs<br>pro hac vice<br>(610) 729-2900 |

                                        MICHAEL A. PEDICONE, P.A.

            By:   /s/ Michael A. Pedicone
                  Michael A. Pedicone, Esquire (No. 2424)
                  Patrick G. Rock, Esquire (No. 4632)
                  109 W. 7th Street
                  P.O. Box 1395
                  Wilmington, DE 19899
                  (302) 652-7850
                  Attorneys for Estate of Doris Fager
                  MikePedicone@verizon.net

Dated: May 12, 2005