IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HUBERT M. and VICKIE HARTZ,
(Husband and Wife),

    Plaintiffs,

v.

RAYMOND FAGER, Executor
For the Estate of DORIS T. FAGER,

    Defendant.

Civil Action No. 04-877 (GMS)

## STIPULATION

THE PARTIES, by and through their undersigned respective counsel, hereby stipulate that the deadlines regarding discovery shall be extended as follows: Discovery from Plaintiffs regarding their expert witnesses shall be completed on or before October 1, 2005. Discovery from Defendant regarding his expert witnesses shall be completed on or before November 1, 2005. All discovery in this case shall be initiated so that it will be completed on or before December 1, 2005. All other deadlines and dates in the March 14, 2005 Scheduling Order shall remain unchanged.

SEITZ, VAN OGTROP & GREEN, P.A.

By: _____
Kevin A. Guerke, Esquire  (DE #4096)
Attorney for Plaintiffs

VILLARI, BRANDES & KLINE, P.C.

By: _____
Richard M. Wiener, Esquire
Attorney for Plaintiffs, pro hac vice

MICHAEL A. PEDICONE, P.A.

By: _____
Michael A. Pedicone, Esquire
Attorney for Defendant