IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUBERT M. and VICKIE HARTZ, (Husband and Wife), | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-877 (GMS) |
| RAYMOND FAGER, Executor For the Estate of DORIS T. FAGER, | : : : | |
| Defendant. | : | |

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2005, the Court having considered Plaintiffs request to extend expert discovery deadlines by 30 days, the request is hereby granted.

SO ORDERED THIS _____ DAY OF _____, 2005.

_____
Judge Gregory M. Sleet

49774 v1