**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2005, copy of the foregoing was served via first-class mail and e-file to the following:

Michael A. Pedicone
109 West 7th Street
Wilmington, DE  19899-1395

/s/ Kevin A. Guerke
KEVIN A. GUERKE (DE #4096)

46253 v1