IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HUBERT M. HARTZ and                    :
VICKIE A. HARTZ

                                       :

     v.                                : Civil Action No. 04-877 GMS

                                       :

DORIS T. FAGER

                                       :

## **O R D E R**

WHEREAS, on September 1, 2005, the court was notified that this case had settled

during mediation; and that counsel were expected to file a Stipulation of Dismissal by September

16, 2005,

IT IS HEREBY ORDERED that counsel file a Stipulation of Dismissal or a Status

Report regarding settlement within ten (10) days of the date of this Order.


                              /s/ Gregory M. Sleet
                              UNITED STATES DISTRICT JUDGE


 October 4, 2005