IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUBERT M. and VICKI A. HARTZ<br>husband and wife<br><br>        Plaintiffs,<br><br>v.<br><br>RAYMOND FAGER, Executor<br>For the Estate of DORIS T. FAGER,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 04-0877 GMS<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>) |

## *STIPULATION OF DISMISSAL*

IT IS HEREBY STIPULATED by the attorneys for the parties that the above action is hereby dismissed with prejudice.

SEITZ, VAN OGTROP & GREEN

By: _____
Bernard A. Van Ogtrop, Esquire (447)
Karl R. Hill, Esquire
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7601
Attorney for Plaintiffs

MICHAEL A. PEDICONE, P.A.

By: _____
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Estate of Doris Fager

By: _____
Richard M. Weiner, Esquire
8 Tower Bridge, 4th Floor
161 Washington Street
Attorney for Plaintiffs
pro hac vice
(610) 729-2900