## **CERTIFICATE OF SERVICE**

I, R. KARL HILL, hereby certify that on this 14th day of October, 2005, I electronically filed the following document with the Clerk of Court using CM/ECF system which will send notification of such filing to counsel of record.

## **STIPULATION OF DISMISSAL**

/s/  R. Karl Hill
_____
R. KARL HILL (ID No. 2747)
khill@svglaw.com

49490 v1